IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| RAYSHUN DAMORROW TORBERT, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:02-cv-1385-F |
| ) | WO |
| MICHAEL W. HALEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #33) filed on May 16, 2005 are overruled;

(2) The Recommendation of the United States Magistrate Judge entered on May 4, 2005 (Doc. #32) is adopted;

(3) The petition for writ of habeas corpus relief is DENIED.

(4) This case is DISMISSED with prejudice.

DONE this 6th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE