IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| RAYSHUN DAMORROW TORBERT, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:02-cv-1385-F |
| ) | WO |
| MICHAEL W. HALEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

DONE this 6th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE